UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JERRY J. MEEKS,

    Petitioner,

v.                                        Case No. 23-C-1022

STATE OF WISCONSIN,

    Respondent.

## ORDER OF DISMISSAL

On July 31, 2023, Petitioner Jerry J. Meeks, who is currently incarcerated at the Wisconsin Resource Center, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 25, 2023, Magistrate Judge Nancy Joseph issued a Report and Recommendation, recommending dismissal because Petitioner failed to pay the filing fee, among other reasons. Petitioner did not file an objection to the report and recommendation. To date, Petitioner has not paid the filing fee or provided any reason for being unable to do so. Instead, he filed a new habeas petition. *See* Case No. 23-C-1410 (E.D. Wis.). Accordingly, the Court adopts the Report and Recommendation of the Magistrate Judge and orders the case **DISMISSED**. A certificate of appealability will be **DENIED**, as the court concludes that its decision is neither incorrect nor debatable among jurists of reason. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Clerk is directed to enter judgment forthwith.

    **SO ORDERED** at Green Bay, Wisconsin this <u>31st</u> day of October, 2023.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge